UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fleet Business Credit Corporation, a Delaware Corporation,

Plaintiff,

vs.

Fleming Companies, Inc. d/b/a Rainbow Foods, a Delaware Corporation,

Defendant.

Case No. CV-1158 (DDA/FLN)

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER, OR OTHERWISE PLEAD**

---

## STIPULATION

WHEREAS this matter was commenced by service on Defendant on or about April 19, 2000; and

WHEREAS Defendant removed this matter to this Court on May 8, 2000; and

WHEREAS Defendant is granted 5 days from the time of removal to answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12; and

WHEREAS the time to respond set forth in the Federal Rules of Civil Procedure may be modified by stipulation and/or order; and

WHEREAS the parties, through their counsel, have agreed to extend the time within which Defendant is required to respond or otherwise plead until on or before May 19, 2000,

**IT IS HEREBY STIPULATED AND AGREED** that Defendant Fleming Companies, Inc. shall have and is hereby granted an extension to answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 until on or before May 19, 2000.

522399-1

FILED MAY 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

OPPENHEIMER WOLFF & DONNELLY, LLP

By______________________
Gary Hansen (40617)
Attorney for Plaintiff
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000

DATED: May 10, 2000.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Caroline E Ostrom
Steven Kluz, Sr. (56765)
Caroline E. Ostrom (278476)
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7916

DATED: May 9, 2000

**ORDER**

Based upon the above stipulation, the files, records, and proceedings herein, and Fed. R. Civ. P. 81, **IT IS HEREBY ORDERED** that:

Defendant Fleming Companies, Inc. shall answer the Complaint or otherwise plead pursuant to Fed. R. Civ. P. 12 on or before May 19, 2000.

DATED: May 12, 2000

______________________
JUDGE OF DISTRICT COURT