UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleet Business Credit Corporation,

Plaintiff,

v.

Fleming Companies,

Defendant.

Civil No. 00-1158 DDA/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by January 1, 2001.

b. All discovery shall be commenced in time to be completed by August 1, 2001.

c. All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

d. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 25 Requests for Admission shall be served by any party.

f. No more than 25 Document Requests shall be served by any party.

g. No more than 12 non-expert depositions shall be

FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

taken by any party.

h. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by August 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, file and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By both sides on or before June 1, 2001, with respect to initial experts.

2) By both sides on or before July 1, 2001, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By both sides on or before June 1, 2001, with respect to initial expert reports.

2) By both sides on or before July 1, 2001, with respect to rebuttal expert reports.

c. Each party may depose no more than 3 expert witnesses on or before August 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to October 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Sheri Frette at 651-848-1176.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after December 1, 2001, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5 trial days.

DATED: July 18, 2000.

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge