UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleet Business Credit Corporation,

Plaintiff,

v.

Fleming Companies,

Defendant.

Civil No. 00-1158 DDA/FLN

**ORDER**

---

GARY M. HANSEN, Esq., for Plaintiff.
STEVEN J. KLUZ, Sr., Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 21, 2000, on Plaintiff's and Defendant's motions.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel Arbitration [#12] is **GRANTED**;

2. Plaintiff's Motion to Strike Defendant's Demand for Jury Trial and to Strike or Enjoin Defendant's Demand for Arbitration [#15] is **GRANTED in part and DENIED in part**. The Motion is GRANTED insofar as it seeks to strike Defendant's demand for a jury trial; the Motion is DENIED insofar as it seeks to strike or enjoin Defendant's demand for arbitration;

3. This matter is stayed pending the outcome of arbitration.

DATED: Aug 31, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK