UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleet Business Credit Corporation,

Plaintiff,

v.

Fleming Companies, Inc.,
d/b/a Rainbow Foods,

Defendant.

00 CV 1158 (DDA/FLN)

Fleming Companies, Inc.,
d/b/a Jubilee Foods,

Plaintiff,

v.

Fleet Business Credit Corporation,

Defendant.

01 CV 779 (MJD/JGL)

## ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE

Case No. 00-1158 having been assigned to Senior Judge Donald D. Alsop and Case No. 01-779 having later been assigned to Judge Michael J. Davis, and said matters being related cases,

**IT IS HEREBY ORDERED** that case number 01-779 be assigned to Senior Judge Donald D. Alsop, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to the Court's Order for Assignment of Cases dated April 2, 2001.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in each of the above respective files.

DATED: June 22, 2001

Judge Michael J. Davis
United States District Judge

DATED: June 20, 2001

Senior Judge Donald D. Alsop
United States District Court

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Donald D. Alsop and Magistrate Judge Franklin L. Noel.

Fleming Companies, Inc. vs. Fleet Business Credit Corporation

NEW CASE NUMBER CIVIL 01-779 DDA/FLN

Use this case number for all further filings.