UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fleet Business Credit Corporation, Civil No. 00-1158 DDA/FLN

Plaintiff,

v.

Fleming Companies, **ORDER**

Defendant.

---

Gary M. Hansen, Esq., for Plaintiff.
Steven J. Kluz, Sr., Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 21, 2000, on Plaintiff's and Defendant's motions. On August 31, 2000, this Court granted Defendant's Motion to Compel Arbitration [#12], granted Plaintiff's Motion to Strike Defendant's Demand for Jury Trial [#15], denied Plaintiff's Motion to Strike or Enjoin Defendant's Demand for Arbitration [#15] and stayed the matter pending the outcome of arbitration.

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the stay of all proceedings in this matter pending the outcome of arbitration be lifted.

DATED: Sept 6, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 9-7-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500